Eddie Don **JOHNSON**, Plaintiff–
Appellant

v.

Jacqueline **CHENIER**, Supervising Pa-
role Officer; Rissie Owens, Chairman;
Roi Dickerson, Supervising Parole Of-
ficer; Chiazor Oforoile, Hearing Offi-
cer; Joseph Presifke, Attorney, Defen-
dants–Appellees.

No. 11–20003
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 29, 2011.

Eddie Don Johnson, Fort Stockton, TX,
pro se.

Before WIENER, PRADO, and OWEN,
Circuit Judges.

PER CURIAM: *

Eddie Don Johnson, Texas prisoner
# 364033, proceeding pro se and in forma
pauperis (IFP) appeals the district court's
dismissal of his 42 U.S.C. § 1983 complaint
as frivolous and for failure to state a claim.
*See* 28 U.S.C. §§ 1915A(b)(1),
1915(e)(2)(B)(i), (ii). Although Johnson ar-
gues the merits of some of his claims on
appeal, he wholly fails to challenge the
district court's reasons for the dismissal of
his claims, specifically that (1) to the ex-
tent that Johnson sought to void his con-
viction and obtain immediate release from
prison, the claims sounded in habeas and
not in civil rights and, thus, would be
dismissed without prejudice for failure to
state a viable civil rights claim; (2) John-
son's claims for monetary damages for
wrongful incarceration were barred by
*Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct.
2364, 129 L.Ed.2d 383 (1994); and (3)
Johnson's § 1983 claims and his claims
asserted under the Americans with Dis-
abilities Act (ADA), 42 U.S.C. § 12132,
were time barred, and, in the alternative,
that Johnson had failed to allege a nonfriv-
olous ADA claim. By failing to brief any
argument challenging the district court's
reasons for dismissal, Johnson has aban-
doned the only ground for appeal. *See
Yohey v. Collins,* 985 F.2d 222, 224–25 (5th
Cir.1993); *Brinkmann v. Dallas County*

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

*Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987).

Johnson's appeal is without arguable merit and therefore frivolous. *See Howard v. King,* 707 F.2d 215, 220 (5th Cir. 1983). Because it is frivolous, it is dismissed. *See* 5th Cir. R. 42.2. Johnson's motion for the appointment of counsel is denied.

The district court's dismissal of the complaint and this court's dismissal of the appeal count as strikes for purposes of § 1915(g). *See Adepegba v. Hammons,* 103 F.3d 383, 387–88 (5th Cir.1996); *see also Patton v. Jefferson Correctional Center,* 136 F.3d 458, 462–63 (5th Cir.1998). Johnson is CAUTIONED that if he accumulates three strikes under § 1915(g), he will not be able to proceed IFP in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. *See* § 1915(g).

APPEAL DISMISSED; SANCTION WARNING ISSUED; MOTION DENIED.